1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   4328 Redwood Hwy, Suite 300
3  San Rafael, CA 94804
   Telephone:    415/674-8600
4  Facsimile:    415/674-9900

5  Attorneys for Plaintiff
   CRAIG YATES, an individual

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual,<br><br>　　　Plaintiff,<br><br>v.<br><br>ELSY'S TAQUERIA PUPUSERIA;<br>STEVEN WAY FONG AND LILY FONG-<br>BRYANT, TRUSTEES OF THE VICTOR<br>FONG REVOCABLE TRUST DATED<br>FEBRUARY 7, 2006; and MARIA ELSY<br>GONZALEZ, an individual dba ELSY'S<br>TAQUERIA PUPUSERIA,<br><br>　　　Defendants.<br>_____ | **CASE NO. CV-10-0294-PJH**<br><br>**AMENDED NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS STEVEN WAY FONG AND LILY FONG-BRYANT, TRUSTEES OF THE VICTOR FONG REVOCABLE TRUST DATED FEBRUARY 7, 2006**<br><br>(Fed. R.Civ. P. 41(a)(1)(i)) |

NOTICE IS HEREBY GIVEN that plaintiff CRAIG YATES, by and through his undersigned counsel of record, pursuant to Fed.R.Civ. P. 41(a)(1)(i), voluntarily dismiss defendants STEVEN WAY FONG AND LILY FONG-BRYANT, TRUSTEES OF THE VICTOR FONG REVOCABLE TRUST DATED FEBRUARY 7, 2006 with prejudice, each party to bear its own attorneys' fees, costs and litigation expenses.

Dated: March 11, 2010

3/15/10

[SEAL: UNITED STATES DISTRICT COURT / IT IS SO ORDERED / Judge Phyllis J. Hamilton / NORTHERN DISTRICT OF CALIFORNIA]

THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By:　　　　/S/
　　Thomas E. Frankovich
　Attorney for Plaintiff CRAIG YATES

AMENDED NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS STEVEN WAY FONG AND LILY FONG-BRYANT, TRUSTEES OF THE VICTOR FONG REVOCABLE TRUST DATED FEBRUARY 7, 2006   1

# CERTIFICATE OR PROOF OF SERVICE BY MAIL

State of California     )
                        ) ss
County of Marin         )

I, the undersigned, say: I am and was at all times herein mentioned, a resident of the County of San Francisco, over the age of eighteen (18) years and not a party to the within action or proceeding; that my business address is 4328 Redwood Hwy, Suite 300, San Rafael, CA 94903; that on the below date, following normal business practice, I served the foregoing document, described as:

**Notice Of Voluntary Dismissal Of Defendants STEVEN WAY FONG AND LILY FONG-BRYANT, TRUSTEES OF THE VICTOR FONG REVOCABLE TRUST DATED FEBRUARY 7, 2006**

on the interested parties in this action, conveyed as follows:

☒ By depositing true copies thereof, enclosed in a sealed envelope, with postage thereon fully prepaid:
  ☒ in first class U.S. Mail
  ☐ in ___ priority or ___ standard overnight mail via Federal Express.

I am readily familiar with this office's practice for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence, including said envelope, will be deposited with the United States Postal Service at San Rafael.

addressed to:

Maria Elsy Gonzalez, an individual         Law Office of
dba Elsy's Taqueria Pupuseria              David G. Kenyon
2893 Mission Street                        Frederica M. Champagne
San Francisco, CA 94110                    7200 Redwood Blvd, Suite 404
                                           Novato, CA 94945

I declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct. Executed on March 11, 2010, at San Rafael, California.

Pepper B. Maupin
(Original signed)