THOMAS E. FRANKOVICH (State Bar #074414)
THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*
4328 Redwood Hwy, Suite 300
San Rafael, CA   94903
Telephone:    415/674-8600
Facsimile:    415/674-9900

Attorney for Plaintiff
CRAIG YATES, an individual;

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual, | **CASE NO. CV-10-0294-PJH** |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |
| ELSY'S TAQUERIA PUPUSERIA; ANTONIOS D. PANAGIOTOPOULOS and SOTIRIA PANAGIOTOPOULOS, Trustees of the ANTONIOS D. PANAGIOTOPOULOS and SOTIRIA PANAGIOTOPOULOS REVOCABLE LIVING TRUST; and MARIA ELSY GONZALEZ, an individual dba ELSY'S TAQUERIA PUPUSERIA, | |
| Defendants, | |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees.  The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement.  *See* <u>Kokonen v. Guardian Life Ins. Co.</u>, 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

///

///

1    Therefore, IT IS HEREBY STIPULATED by and between parties to this action through

2    their designated counsel that the above-captioned action be and hereby is dismissed with

3    prejudice

4     pursuant to Federal Rules of Civil Procedure section 41(a)(1).

5    This stipulation may be executed in counterparts, all of which together shall constitute

6    one original document.

7

8    Dated: February 4, 2011                    THOMAS E. FRANKOVICH
                                                 *A PROFESSIONAL LAW CORPORATION*
9

10                                               By:_____/S/_____
                                                        Thomas E. Frankovich
11                                               Attorney for CRAIG YATES, an individual;

12

13

14

15   Dated: February 4, 2011                    STUHR & MILLER, LLP

16

17

18                                               By: _____/S/_____
                                                        Robert M. Sellards
19                                               Attorneys for ANTONIOS D.
                                                 PANAGIOTOPOULOS and SOTIRIA
20                                               PANAGIOTOPOULOS, Trustees of the
                                                 ANTONIOS D. PANAGIOTOPOULOS and
21                                               SOTIRIA PANAGIOTOPOULOS REVOCABLE
                                                 LIVING TRUST
22

23

24

25   ///

26   ///

27   ///

28

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON   **CV-10-0294-PJH**

Dated: February 4, 2011               CAZADORES LAW GROUP, PC


                                       By: _____/S/_____
                                              Hector Jose Chinchilla
                                       Attorneys for  MARIA ELSY GONZALEZ



**<u>ORDER</u>**

    IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to
Fed.R.Civ.P.41(a)(1).  IT IS FURTHER ORDERED that the Court shall retain jurisdiction for
the purpose of enforcing the parties' Settlement Agreement and General Release should such
enforcement be necessary.


Dated: _____February 8_____, 2011



Honora_____
UNITE_____